446 A.2d 706

Commonwealth v. Younkin, Appellant.

Argued March 8, 1982. William Caprio, for appellant; Kenneth D. Brown, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and CIRILLO, JJ.

Judgment of sentence affirmed.

446 A.2d 706

Commonwealth v. Zukowski, Appellant.

Submitted March 8, 1982. Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.